Robert **CRANDALL**, Plaintiff,

v.

**EUREKA FLUID WORKS**, Third Party Plaintiff/Appellant,

v.

**BORDEN CHEMICAL COMPANY**, Third Party Defendant/Appellee.

No. 86–1741.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 15, 1987.

Decided Jan. 27, 1987.

Stephen Kimble, Tucson, Ariz., for third party plaintiff-appellant.

John Dames, Chicago, Ill., for third party defendant-appellee.

**1366**

Before NELSON, KOZINSKI and NOONAN, Jr., Circuit Judges.

### ORDER

The district court did not abuse its discretion in its partial denial of the motion for summary judgment filed by Third Party Plaintiff/Appellant, Eureka Fluid Works, and in its grant of the motion for a directed verdict filed by Third Party Defendant/Appellee, Borden Chemical Company.

AFFIRMED.